Adam B. Nach – 013622
Stuart B. Rodgers – 025720
**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: stuart.rodgers@lane-nach.com

Attorneys for Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RIVIERA POOLS, INC.,<br><br>Debtor.<br><hr>S. WILLIAM MANERA, CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>PARKWAY BANK AND TRUST CO. F/K/A PARKWAY BANK ARIZONA<br><br>Defendant. | (Chapter 7 Case)<br><br>No. 2-08-bk-13494-RJH<br><br>Adversary No. 2-10-ap-00818<br><br>**COMPLAINT TO AVOID PREFERENCE AND DISALLOW CLAIM** |

S. William Manera, Chapter 7 Trustee and Plaintiff herein, ("Trustee"), by and through his attorneys undersigned, for his Complaint against Defendant, respectfully alleges as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 1334(b) and 157(b). This is a "core" proceeding as defined in 28 U.S.C. §157(b).

2. Venue is proper before this Court pursuant to 28 U.S.C. §1409.

3. This case was commenced by a Voluntary Petition filed by the Debtor under Chapter 11 of Title 11, United States Code, in the United States Bankruptcy Court for the District of Arizona on October 2, 2008 and was converted to Chapter 7 on November 9, 2008.

4. Plaintiff is the duly appointed and acting Trustee in this Chapter 7 case.

5. Upon information and belief, Defendant Parkway Bank and Trust Co. has its headquarters in Illinois at 4800 North Harlem Avenue, Harwood Heights, Illinois 60706 and at all times material hereto, Defendant was authorized to and doing business in the State of Arizona.

6. Based upon information provided on Parkway Bank Arizona's website, Parkway Bank Arizona merged with Parkway Bank and Trust Co.

7. All events complained of herein occurred in this District.

## COUNT ONE
## 11 U.S.C. §547

8. On information and belief, within ninety (90) days of the Petition Date (i.e., from the period of July 4, 2008 to the Petition Date, inclusive), Defendant Parkway Bank and Trust Co. f/k/a Parkway Bank Arizona (hereinafter "Parkway") received certain transfers in an amount not less than $412,000.00 from the Debtor by checks, cash and/or wire transfers including, but not limited to, the following:

| Date | Amount | Date | Amount |
|---|---|---|---|
| 7/7/2008 | $15,000.00 | 8/1/2008 | $12,000.00 |
| 7/9/2008 | $15,000.00 | 8/4/2008 | $10,000.00 |
| 7/11/2008 | $10,000.00 | 8/5/2008 | $7,000.00 |
| 7/14/2008 | $13,000.00 | 8/11/2008 | $18,000.00 |
| 7/15/2008 | $13,000.00 | 8/12/2008 | $15,000.00 |
| 7/16/2008 | $58,000.00 | 8/13/2008 | $65,000.00 |
| 7/17/2008 | $16,000.00 | 8/15/2008 | $18,000.00 |
| 7/18/2008 | $13,000.00 | 8/18/2008 | $5,000.00 |
| 7/21/2008 | $5,000.00 | | |
| 7/22/2008 | $6,000.00 | | |
| 7/24/2008 | $12,000.00 | | |
| 7/25/2008 | $14,000.00 | | |
| 7/28/2008 | $10,000.00 | | |
| 7/29/2008 | $6,000.00 | | |
| 7/30/2008 | $45,000.00 | | |
| 7/31/2008 | $12,000.00 | | |

Hereinafter referred to as "Transfers".

LANE & NACH, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004-1218

9. On information and belief, the Transfers were made with property of the Debtor.

10. On information and belief, the Transfers were for or on account of an antecedent debt of the Debtor.

11. The Transfers were made while the Debtor was presumed insolvent.

12. The Transfers were made on or within ninety (90) days before the Petition Date.

13. On information and belief, the Transfers allowed Defendant Parkway to receive more than such Defendant would receive if (i) the above captioned bankruptcy case was under Chapter 7 of the Bankruptcy Code, (ii) the Transfers had not been made, and (iii) the Defendant had received payment of its debt to the extent provided under the Bankruptcy Code.

14. By reason of the foregoing, pursuant to 11 U.S.C. § 547(b), Plaintiff may avoid the Transfers.

15. Pursuant to 11 U.S.C. § 550, Plaintiff may recover from Defendant Parkway the value of the property transferred, which Plaintiff believes to be not less than $412,000.00.

WHEREFORE, Plaintiff prays for judgment against Defendant Parkway as follows:

    A. Avoiding the aforesaid Transfers to Defendant Parkway and ordering Defendant Parkway to pay Plaintiff the sum of not less than $412,000.00;

    B. For interest on said sum from the dates of the Transfers until paid at the highest rate allowed by law;

    C. For Plaintiff's costs incurred herein; and

    D. That the Court grant such other and further relief as it deems appropriate.

LANE & NACH, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004-1218

## COUNT TWO
## 11 U.S.C. §502(D)

16. Plaintiff hereby repeats, reiterates and realleges all of the foregoing allegations as if more fully set forth herein.

17. On information and belief, the Transfers to Defendant may be avoided by the Trustee pursuant to 11 U.S.C. §547.

18. On information and belief, Defendant, is not entitled to a claim as a creditor in the bankruptcy estate, due to its failure to turnover property of the Estate pursuant to 11 U.S.C. §502(d).

19. Pursuant to 11 U.S.C. §502(d), the Court shall disallow any and all claims asserted by Defendant because each Defendant has failed to turnover property of the Estate.

WHEREFORE, Plaintiff prays for judgment against Defendant Parkway as follows:

A. Disallowing the claims of Defendant Parkway; and

B. For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 6th day of May, 2010.

**LANE & NACH, P.C.**

By /s/ Stuart B. Rodgers
    Adam B. Nach
    Stuart B. Rodgers
    Attorneys for Plaintiff