Adam B. Nach – 013622
Stuart B. Rodgers – 025720
**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Email: adam.nach@lane-nach.com
Email: stuart.rodgers@lane-nach.com

Attorneys for Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| RIVIERA POOLS, INC., | No. 2-08-bk-13494-RJH |
| Debtor. | Adversary No. 2-10-ap-00818 |
| S. WILLIAM MANERA, CHAPTER 7 TRUSTEE | **CERTIFICATE OF SERVICE** |
| Plaintiff, | |
| vs. | |
| PARKWAY BANK AND TRUST CO. F/K/A PARKWAY BANK ARIZONA | |
| Defendant. | |

I, Sheila M. Rochin, a paralegal with the law firm of Lane & Nach, P.C., in its capacity as attorneys for Plaintiff, hereby certify that on May 11, 2010, I caused to be deposited with the United States Post Office by First Class Mail, postage prepaid, the original Summons and a copy of the Complaint, and such documents were mailed as follows:

Parkway Bank and Trust Company
c/o CT Corporation Systems, Statutory Agent
2394 East Camelback Road
Phoenix, AZ 85016

LANE & NACH, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004-1218

Robert F. Lussier, President
Parkway Bank and Trust Company
4800 North Harlum Avenue
Harwood Heights, IL  60656

Christopher Kaup
Tiffany & Bosco, P.A.
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, AZ  85016

DATED: May 11, 2010.

                                       */s/ Sheila M. Rochin*
                                       Sheila M. Rochin